[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11729

Non-Argument Calendar

_____

PRISCILLA ANN ELLIS,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA, et al,

Respondents,

WARDEN,

Respondent- Appellee.

_____

2                          Opinion of the Court                    24-11729

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:22-cv-00334-ACA-NAD

_____

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Priscilla Ellis's notice of appeal, deemed filed on May 20, 2024, is untimely to challenge the district court's final judgment or any of the court's post-judgment orders denying Ellis's motions for reconsideration. Even liberally construing her notice of appeal to challenge all the orders denying reconsideration, her notice is not timely as to any order entered in this case because the court denied her most recent motion for reconsideration in an order entered on November 7, 2023, and she did not file the instant notice of appeal until more than six months later. *See* Fed. R. App. P. 4(a)(1)(B); 28 U.S.C. § 2107(b); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (noting that a *pro se* prisoner's notice of appeal is deemed filed on the date she delivers it to prison authorities for mailing).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.